No. 01–8399. CASEY v. COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8400. BOWMAN v. BEASLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–8403. JACKSON v. LOBUE. Sup. Ct. Del. Certiorari denied.

No. 01–8404. BEN YISRAYL, AKA CANNON v. NORRIS, DIREC-TOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 01–8407. BORSELLINO v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–8442. DOOSE v. FEDERAL EMERGENCY MANAGEMENT AGENCY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8444. SHABAZZ v. MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 01–8447. ENGBERG v. WYOMING ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–8449. BYRAM v. SOUTH CAROLINA. Ct. Common Pleas of Richland County, S. C. Certiorari denied.

No. 01–8457. MUELLER v. KANSAS; and MUELLER v. ROBERTS, WARDEN, ET AL. Sup. Ct. Kan. Certiorari denied.

No. 01–8470. THOMAS v. RICE. Ct. App. Mo., Western Dist. Certiorari denied.

No. 01–8490. FLYNN v. BERLAND, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY. C. A. 7th Cir. Certiorari denied.

No. 01–8506. TAYLOR v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–8542. DANNESKJOLD v. PRINCIPI, SECRETARY OF VET-ERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.